| | |
|---|---|
| **James C. Collins**<br>Attorney at Law | PO Box 713<br>Whitney Point, NY 13862<br>Telephone: (607) 692-3344<br>Fax:         (607) 692-2299 |

September 2, 2010

U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Attention: Darcy

Re:   L.J.R. Meyers Enterprises, Inc.
      Tax I.D. No. 16-1250314
      Chapter 7 Case No. 04-68820
      Dividend Amount: $3.77

Dear Darcy:

I have enclosed a check number 10110 made payable to the Clerk, U.S. Bankruptcy Court in the amount of $3.77 for Dividend to the creditor Commonwealth of PA Department of Labor & Industry, UC Tax Service, Harrisburg Bankruptcy & Comp, Harrisburg, PA 17101-2235, filed Proof of Claim No. 41-2.

I have also enclosed a copy of the Proof of Claim.

Very sincerely yours,

Jim Collins

JCC/jjc

Enc.

| United States Bankruptcy Court | Norhtern District of New York Utica Division | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor(s): LJR Meyers Enterprises Inc | Case Number: 04-68820-SDG | **RECEIVED & FILED** FEB 19 2008 OFFICE OF THE BANKRUPTCY CLERK UTICA, NY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The *person* or entity to whom the *debtor* owes money or property) **Commonwealth of Pennsylvania - PA UC Fund** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent Timothy Bortz Commonwealth of Pennsylvania Department Of Labor and Industry Office of UC Tax Services Reading Bankruptcy & Compliance Unit 625 Cherry Street – Room 203 Reading, Pa 19602-1184 E-Mail: RA-LI-Beto-BankReading@state.pa.us Telephone No.: 610-378-4044 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: 72-60916 & 72-67262 | Check here if this claim: ☒ amends  ☐ replaces   a previously filed claim, dated: 3/19/07 | |

**1. Basis for claim:**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)

Your SS # ___-___-___

Unpaid compensations for services performed
From _____ To _____
(date)        (date)

**2. Date debt was incurred:** 10/1/2004-3/31/2007

**3. If Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 454.08

If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secure claim, if any $ _____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 454.08
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan—U.S.C. 5 507(a)(4).
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☒ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8).
☐ Other— Specify applicable paragraph of 11 U.S.C. §§ 507(a - ___ ).
* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |
|---|---|---|
| February 15, 2007 | Timothy Bortz, Authorized Agent for the Commonwealth PA | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C., §§ 5152 and 3571.