**James C. Collins**
Attorney at Law

PO Box 713
Whitney Point, NY 13862
Telephone: (607) 692-3344
Fax:          (607) 692-2299

May 10, 2011

U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, NY 13501

**FILED**

MAY 1 1 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Attention: Mary

      RE:   W.C. Properties of Sidney, Inc.
              Chapter 7 Case No. 04-68822

Dear Mary:

    As Trustee in the above-named debtor estate, I am enclosing two checks drawn to the Clerk's order in the amount of $266.68 and $34.63, which represents a dividend payable to Verison-NY.

    The dividend checks was forwarded on two occasions to Verison-NY, each time mailed to the address on the Proof of Claim, the checks have not presented and this office has been unsuccessful in contacting the Creditor.

    I have also enclosed a copy of the Proof of Claim.

Very sincerely yours,

Jim Collins

JCC/jjc

Enc.

*[handwritten annotations: 5/11/mD; $266.68 - receipt # 61100348; $34.63 receipt # 61100349]*